

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com

900 Third Avenue, 23rd Floor
New York, New York 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/07

December 20, 2007

**BY E-MAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

*So ordered*
*12-27-07*
*[signature]*

Re: *In re September 11, 2001, Litigation, 21 MC 101 (AKH)*
*Consolidated Edison Co., et al., v. The Port Authority, 07 CV 10582*

Dear Judge Hellerstein:

    I write as counsel for the Port Authority of New York and New Jersey in the matter captioned above. The plaintiffs served their Complaint against the Port Authority on December 4, 2007, to which the Port Authority intends to file a motion to dismiss. Counsel for the plaintiffs and I have agreed to the following briefing schedule:

1. The Port Authority's motion to dismiss to be filed by February 11, 2008;

2. The plaintiffs' opposition to be filed by March 17, 2008; and

3. The Port Authority's reply to be filed by April 7, 2008.

Respectfully submitted,

*[signature]*
Beth D. Jacob

cc: Plaintiffs' counsel

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO