Beth D. Jacob (BJ6415)
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York  10022
Telephone:  (212) 753-5000

*Attorneys for Defendant The Port Authority of New York and New Jersey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE SEPTEMBER 11 PROPERTY DAMAGE          :       21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION                    :
                                                            :
------------------------------------------------------------X
                                                            :
CONSOLIDATED EDISON COMPANY OF              :       07 CV 10582 (AKH)
NEW YORK, INC., et al.,                              :
                                                            :       **NOTICE OF MOTION BY**
                                     Plaintiffs,        :       **DEFENDANT THE PORT**
                                                            :       **AUTHORITY OF NEW YORK AND**
              - against -                              :       **NEW JERSEY TO DISMISS THE**
                                                            :       **COMPLAINT**
THE PORT AUTHORITY OF NEW YORK AND        :
NEW JERSEY,                                          :
                                                            :
                                     Defendant.       :
------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the accompanying declaration of Beth D. Jacob

dated February 11, 2008, and the attached exhibits including the complaint, and all prior

proceedings in 21 MC 101, defendant the Port Authority of New York and New Jersey will

move this Court in Courtroom 14D at the United States Courthouse, 500 Pearl Street, New York,

New York, at a date and time to be determined, for an Order pursuant to Federal Rules of Civil

Procedure, Rule 12(b)(6), dismissing the Complaint, and for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
        February 11, 2008

Respectfully submitted,

SCHIFF HARDIN LLP

By: _____
    Beth D. Jacob (BJ6415)
    Donald A. Klein (DK7821)
    Jeanne Cho (JC4631)
    900 Third Avenue
    New York, N.Y.  10022
    212-753-5000

*Attorneys for Defendant The Port Authority of New York and New Jersey*

NY\50253636.1

2