

**SCHIFF HARDIN**LLP

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
т 212.753.5000
ғ 212.753.5044
www.schiffhardin.com

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com

February 21, 2008

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

So ordered
2-25-08
[signature]

Re: *In re September 11, 2001, Litigation*, 21 MC 101
     *Consolidated Edison Co., et al., v. The Port Authority*, 07 CV 10582

Dear Judge Hellerstein:

We represent the Port Authority of New York and New Jersey in the matter captioned above. On February 11, 2008, the Port Authority moved to dismiss the complaint, served December 4, 2007, in accordance with a briefing schedule filed with this Court December 27, 2007. Plaintiffs have asked for additional time to respond and we have agreed. The parties seek the Court's permission to revise the briefing schedule as follows:

1. Plaintiffs' opposition to be filed by April 1, 2008 (previously March 17, 2008); and

2. The Port Authority's reply to be filed by April 29, 2008 (previously April 7, 2008).

Respectfully,

[signature]

Beth D. Jacob

cc: Franklin Sachs, Esq.
    Liaison counsel

NY\50256661.2