Franklin M. Sachs (FS 6036)
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
Telephone: (732) 549-5600
*Attorneys for Plaintiffs Consolidated Edison Company of New York, Inc., et al.*

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE: SEPTEMBER 11 PROPERTY DAMAGE :
AND BUSINESS LOSS LITIGATION :
------------------------------------------------------------ :
:
:                                                               21 MC 101 (AKH)
CONSOLIDATED EDISION COMPANY OF :
NEW YORK, INC., et al, :
:
             Plaintiffs,           :                           07 CV 10582 (AKH)
:
      - against -                  :
:
THE PORT AUTHORITY OF NEW YORK AND :
NEW JERSEY :
:
             Defendants.           :
------------------------------------------------------------ x

## DECLARATION OF SERVICE

FRANKLIN M. SACHS, ESQ., hereby declares, pursuant to 28 USC § 1746, under penalty of perjury, that the following is true and correct: I am not a party to this action, am over the age of 18 years and reside in the County of Sarasota, State of Florida.

That on April 1, 2008, I served a copy of the within Memorandum of Law in Opposition to Motion to Dismiss Complaint, Declaration of Franklin M. Sachs in Opposition to Motion by Defendant The Port Authority of New York and New Jersey to Dismiss the Complaint and In Support of Plaintiffs' Motion to File an Amended and Supplemental Complaint and Exhibits

995410.01

annexed thereto, upon Beth D. Jacob, Esq., Schiff Hardin, LLP, Defendants' Liaison Counsel and Timothy Tomasik, Clifford Law Offices, Plaintiffs' Liaison Counsel;

That on April 1, 2008, the original copies of the aforementioned papers were filed with the Clerk, United States District Court, Southern District of New York, via electronic mail.

Dated: April 1, 2008.

*[signature]*

FRANKLIN M. SACHS, ESQ. (FS 6036)