**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN

SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL O. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
LEONARD C. JACOBY

SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA L. ODELL
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRALDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
DAVID S. BERG
KATHLEEN M. EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
RESIDENT COUNSEL

Writer's Direct Dial: (212) 225-2000
E-Mail: tmoloney@cgsh.com

April 4, 2008

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10001

      Re: Consolidated Edison Company of New York, Inc., et al., The Port Authority of New York and New Jersey, 07 CV 10582 (AKH)

Dear Judge Hellerstein:

      This firm represents Citigroup Inc. and Citigroup Global Markets Holdings Inc. (collectively, "Citigroup") in the related matter of <u>Aegis Ins. Servs., Inc. et al v. Seven World Trade Ctr. Co. et al</u>, 04 CV 7272 (AKH) ("<u>Aegis</u>").

      I write to request that Citigroup be permitted to intervene in the above-referenced matter for the sole purpose of addressing issues raised by the parties in connection with the affirmative defense of judicial estoppel asserted by the Port Authority of New York and New Jersey (the "Port Authority"), which turns largely upon arguments asserted by Citigroup in <u>Aegis</u> concerning the proper interpretation of the lease between Consolidated Edison Company of New York, Inc. ("Con Edison") and the Port Authority, dated May 29, 1968 (the "Con Ed Lease") of which Citigroup has asserted it is a third party beneficiary.[1] See Port Authority Mem. of Law in

---

[1] The Court has held in related matters that parties need not request the right to intervene via formal pleadings. <u>See</u> Tr. of Status Conf. on March 18, 2008, at 29-30 (granting oral request to intervene, explaining that: "You know we're going to start a lot of intervention pleadings and the like . . . I'm going to make a ruling that's affecting all the cases . . . I'm ruling that you are going to be treated as a party in that motion . . . You are going to get notice. You don't have to ask me for permission to file briefs. You can file oppositions.") (included as Exhibit A within the Appendix enclosed herewith); <u>see also</u> Fed. R. Civ. P. 24(a) (Intervention of Right: "On timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the . . . transaction that is the subject of the action, and is

---

*Handwritten notation (judge's endorsement):* The motion to intervene is denied. The materials offered and arguments of the Court serve no useful purpose, the added complication on intervention. 4/28/08 [signed] AKH

*Stamps:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/29/08 ; RECEIVED APR 0 7 2008 CHAMBERS OF ALVIN K. HELLERSTEIN