**SCHIFFHARDIN**

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022

t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

April 29, 2008

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

Re: *In re September 11, 2001, Litigation*, 21 MC 101 (AKH)
*Consolidated Edison Co., et al., v. The Port Authority*, 02 CV 7188 (AKH)
*Consolidated Edison Co., et al., v. The Port Authority*, 07 CV 10582 (AKH)

Dear Judge Hellerstein:

I am counsel to the Port Authority of New York and New Jersey in the matters captioned above. On February 11, 2008, the Port Authority moved to dismiss the complaint, served December 4, 2007, in accordance with a briefing schedule last revised on February 21, 2008.

With their opposition to the motion to dismiss, Plaintiffs concurrently filed a Motion for Leave to File An Amended and Supplemental Complaint ("Motion to Amend") on April 1, 2008. The Port Authority has requested additional time to serve its reply on the motion to dismiss and its opposition to the Motion to Amend, and the Plaintiffs have requested additional time to file their reply to the Motion to Amend.

Accordingly, the parties have agreed to the following briefing schedule and submit it for the Court's approval:

1. The Port Authority's reply and opposition to be filed by May 9, 2008 (reply due previously by April 29, 2008); and

2. Plaintiffs' reply to be filed by June 9, 2008.

Respectfully submitted,

Beth D. Jacob

So ordered
4/30/08
[signature]

cc: Franklin Sachs, Esq.
    Liaison counsel

NY\50326710.1

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON